# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
| --- | --- |
| AMELIA L. ROGERS | CASE NO. 10-36798 |
| Debtor. | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X** **A**  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

____**B**  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
| --- | --- |
| Utah Department of Workforce Services<br>PO Box 45288<br>Salt Lake City, UT 84145-0288 | $4.62 |
| American Info Source LP as agent for<br>T Mobile/T Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $4.00 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$8.62** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 11th day of Aug., 2011.

/s/
Steven R. Bailey, Trustee